| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | JAY R. WEILL  (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS MOORE  (ASBN 4305-T780) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 |   Telephone:    (415) 436-6935<br>  Fax:              (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>      **v.**<br><br>**WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC.**<br><br>            **Defendants.** | No. C-07-2930-BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR A REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for the Plaintiff