1  RAY N. COX (SBN 050332)
   Attorney at Law
2  575 East Locust Avenue, Suite 203
   Fresno, California 93720
3  Telephone: (559) 440-9990
   Fax: (559) 440-9138
4

5  Attorney for Defendant, Max Day

6
             **IN THE UNITED STATES DISTRICT COURT FOR THE**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
                           **SAN FRANCISCO DIVISION**
9

10 UNITED STATES OF AMERICA,           )   CASE NO. C 07 2930 BZ
                                       )
11                                     )
                    Plaintiff,         )   **ANSWER TO COMPLAINT**
12                                     )
   vs.                                 )
13                                     )
   WILLIAM C. BERETTA, JENNIFER        )
14 BERETTA, MAX DAY, TOM'S SEPTIC      )
   TANK SERVICE, INC.                  )
15                                     )
                    Defendants.        )
16 _____)

17     Defendant, MAX DAY, appearing for himself and himself alone and in answer to the

18 Complaint herein, hereby admits, denies and alleges as follows:

19                                 **COUNT I**

20     1. Answering Paragraphs 1 through 4 of the Complaint, this answering defendant admits

21 the allegations made and contained therein.

22                                **COUNT II**

23     2. Answering Paragraphs 5 through 8 of the Complaint, this answering defendant admits

24 the allegations made and contained therein.

25                                **COUNT III**

26     3. Answering Paragraph 9 of the Complaint, this answering defendant refers to his answers

27 in Paragraphs 1 and 2 above, and by this reference makes them a part hereof as though fully set forth

28 herein.

ANSWER TO COMPLAINT                           1

4. Answering Paragraphs 10 and 11 of the Complaint, this answering defendant admits the allegations made and contained therein.

## COUNT IV

5. Answering Paragraph 12 of the Complaint, this answering defendant refers to his answers in Paragraphs 1 through 4 above, and by this reference makes them a part hereof as though full set forth herein.

6. Answering Paragraphs 13 through 26 of the Complaint, this answering defendant admits the allegations made and contained therein.

## COUNT V

7. Answering Paragraph 27 of the Complaint, this answering defendant refers to his answers in Paragraphs 1 through 6 above, and by this reference makes them a part hereof as though full set forth herein.

8. Answering Paragraphs 28 through 34 of the Complaint, this answering defendant admits the allegations made and contained therein.

## FIRST AFFIRMATIVE DEFENSE

9. This answering defendant claims an interest in the real property located at 15605 Charter Oak Boulevard, Salinas, California, and more particularly described in Paragraph 16 of the Complaint herein, based on the allegations hereinafter set forth.

10. On or about September 22, 1986, this answering defendant obtained a judgment in the sum of $20,515.71 against defendant WILLIAM C. BERETTA in the Superior Court of the County of Fresno, State of California, under case number 346923-6.

11. On or about October 17, 1986, an Abstract of Judgment was recorded in the County of Monterey, State of California, as document number 54743. A true copy of said Abstract of Judgment is attached hereto as Exhibit "A." Recording thereof established a judgment lien on any and all real property owned by William C. Beretta in the County of Monterey, State of California, including the real property to which this Complaint relates.

12. Said judgment having been unsatisfied, in March 1996, pursuant to California law, this answering defendant's judgment against William C. Beretta was renewed in the Superior Court of

1  the County of Fresno, State of California, under case number 346923-6. The amount of the renewed
2  judgment was $38,993.80. Thereafter, an Abstract of Judgment was recorded on August 12, 1996,
3  in the County of Monterey, State of California, as document number 47302. A true copy thereof is
4  attached hereto as Exhibit "B." By the recording of said Abstract of Judgment, this answering
5  defendant's judgment lien on the property to which the Complaint herein relates was continued in
6  effect without interruption.

7        13. Thereafter, this answering defendant's judgment against defendant William C. Beretta
8  was again renewed on February 10, 2006, in the Superior Court of the County of Fresno, State of
9  California, under case number 06CECG00579. The amount of the judgment at the time of renewal
10 was $77,578.56. Thereafter an Abstract of Judgment was recorded on April 5, 2006, in the County
11 of Monterey, State of California, as document number 2006030277. A true copy of said Abstract
12 of Judgment is attached hereto as Exhibit "C." By the recording of said Abstract of Judgment, this
13 answering defendant's judgment lien on the property to which the Complaint herein relates was
14 continued in effect without interruption.

15       14. This answering defendant's judgment lien on the real property to which the Complaint
16 herein relates has been continuous and uninterrupted since October 17, 1986, to date. This
17 answering defendant has received no payment(s) on the original judgment or any renewal thereof.
18 Interest has accrued on the renewed judgment since February 10, 2006, to date, at the rate of ten
19 percent (10%) per annum equaling $21.25 per day. Accordingly, to the date of this Answer, the
20 amount now due on this answering defendant's judgment against William C. Beretta is $77,578.56
21 plus interest of $11,390.00, for a total of $88,968.56. Interest continues to accrue from and after
22 August 1, 2007, at the rate of $21.25 per day.

23       **WHEREFORE**, this answering defendant prays as follows:

24       1. That this Court determine that this answering defendant's judgment lien on the real
25 property to which the Complaint herein relates was established on October 17, 1986, and has been
26 continuous and uninterrupted from that date forward to date;

27       2. That this Court determine the amount of this answering defendant's judgment lien on the
28 real property to which the Complaint herein relates is in the total sum of $88,968.56, plus interest

1 of $21.25 per day from and after August 1, 2007;

2     3. That, if the Court grants foreclosure of plaintiff's alleged tax liens and orders the sale of said real property, this answering defendant's judgment lien be paid in the sum of $88,968.56, plus interest of $21.25 per day from August 1, 2007, to the date of sale;

5     4. That plaintiff's attorney's fees and costs not be adjudicated against this answering defendant; and

7     5. For such other and further relief as the Court may deem proper.

8 **DATED**: August 1, 2007.          Respectfully submitted,

_____
RAY N. COX, Counsel for Defendant,
MAX DAY

///
///
///

**RECORDING REQUESTED BY AND RETURN TO:**
Thomas Boehm #104124
Wild, Carter, Tipton & Oliver, A Professional Corporation
246 West Shaw Avenue
P O Box 16339
Fresno, CA 93755

**ATTORNEY FOR** [X] **JUDGMENT CREDITOR** [ ] **ASSIGNEE OF RECORD**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO**
1100 VAN NESS AVENUE
P.O. BOX 1628
FRESNO, CALIFORNIA 93712

**PLAINTIFF:** Max Day

**DEFENDANT:** H.R.B. ENTERPRISES, Inc., et al

## ABSTRACT OF JUDGMENT

**CASE NUMBER:** 346923-6

CLK 0031.00 E11.69 R07.43

FOR RECORDER'S USE ONLY
OCT 17 10 37 AM '86
OFFICE OF RECORDER
COUNTY OF MONTEREY
SALINAS, CALIFORNIA
54743

1. [X] Judgment creditor [ ] Assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      ┌─────────────────────────────┐
      │ H.R.B. Enterprises, Inc.    │
      │ 15605 Charter Oak           │
      │ Salinas, CA 93907           │
      └─────────────────────────────┘
      ```
   b. Driver's license no. and state:
   c. Social Security number:
   d. Summons or notice of entry of sister state judgment was personally served or
      mailed to (address): 15605 Charter Oak
      Salinas, CA 93907
2. [X] Information regarding additional judgment debtors is shown on the reverse
   Date: October 6, 1986

   THOMAS BOEHM
   (TYPE OR PRINT NAME)

   [signature: Thomas Boehm]
   (SIGNATURE OF APPLICANT OR ATTORNEY)

3. [ ] I certify that the following is a true and correct abstract of the judgment entered in this action.
4. [ ] A certified copy of the judgment is attached.
5. a. Judgment entered (date): Sept. 22, 1986
   b. Renewal entered (date):
   c. Renewal entered (date):
6. Total amount of judgment as entered or last renewed:
   $ 20,515.71
7. [ ] An [ ] execution [ ] attachment lien is endorsed
      on the judgment as follows:
      a. amount: $
      b. in favor of (name and address):
8. A stay of enforcement has
   a. [ ] not been ordered by the court.
   b. [X] been ordered by the court effective until (date):
9. [ ] This is an installment judgment.

Judgment creditor (name):
MAX DAY

Judgment debtor (full name as it appears in judgment):
H.R.B. ENTERPRISES, INC.,
WILLIAM C. BERETTA, RANDOLPH
E. HURST, ARTHUR MUNOZ

This abstract issued on (date): OCT 7 1986
Clerk, by [signature], Deputy

[SEAL - Superior Court, County of Fresno, California]

ABSTRACT OF JUDGMENT (CIVIL)

Form Adopted by the
Judicial Council of California
EJ-001 Rev. July 1, 1983

CCP 488.480, 674
700.190

EXHIBIT "A"

RECORDING REQUESTED BY:

RAY N. COX

AND WHEN RECORDED MAIL TO:

RAY N. COX
ATTORNEY AT LAW
1849 N. HELM, SUITE 111
FRESNO, CA 93727

4730²

| R | 9 |
|---|---|
| M | 1 |
| RF | 3 |
| TC | 2 |
| T | 15 |

RECORDED AT REQUEST OF
ATTORNEY
AUG 12 10 57 AM '96
OFFICE OF RECORDER
COUNTY OF MONTEREY
SALINAS, CALIFORNIA

REEL 3405 PAGE 1293

ABSTRACT OF JUDGMENT

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

EXHIBIT "B" (Page 1 of 3)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and address):
RAY N. COX #050332
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 111
FRESNO, CALIFORNIA 93727

**TELEPHONE NO.:** (209)251-0100

**ATTORNEY FOR** ☒ **JUDGMENT CREDITOR** ☐ **ASSIGNEE OF RECORD**

**NAME OF COURT:** FRESNO COUNTY SUPERIOR COURT
**STREET ADDRESS:** 1100 VAN NESS AVENUE
**MAILING ADDRESS:** P.O. BOX 1628
**CITY AND ZIP CODE:** FRESNO, CALIFORNIA 93717
**BRANCH NAME:**

**PLAINTIFF:** MAX DAY
**DEFENDANT:** H.R.B. ENTERPRISES, INC., ET AL.

## ABSTRACT OF JUDGMENT

**FOR RECORDER'S USE ONLY**
REEL 3405 PAGE 1294

**FOR COURT USE ONLY**
**CASE NUMBER:** 346923-6

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────┐
   │ H.R.B. ENTERPRISES, INC.    │
   │ 15605 CHARTER OAK           │
   │ SALINAS, CA 93907           │
   └─────────────────────────────┘

   b. ☐ Driver's license No. and state:                    Unknown
   c. ☐ Social Security No.:                               Unknown
   d. ☒ Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): H.R.B. ENTERPRISES, INC.
      15605 CHARTER OAK
      SALINAS, CA 93907
   e. ☒ Additional judgment debtors are shown on reverse.

Date: JULY 25, 1996

RAY N. COX
(TYPE OR PRINT NAME)

/s/ Cox
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor (name):
   MAX DAY
4. Judgment debtor (full name as it appears in judgment):
   H.R.B. ENTERPRISES, INC., WILLIAM C. BERETTA and ARTHUR MUNOZ

5. a. Judgment entered on (date): 09/22/86
   b. Renewal entered on (date): 03/21/96
   c. Renewal entered on (date):

6. ☐ Total amount of judgment as entered or last renewed:
   $ 38,993.80

7. ☐ An ☐ execution ☐ attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. ☐ not been ordered by the court.
   b. ☒ been ordered by the court effective until (date):

9. ☐ This judgment is an installment judgment.

whose **address** appears on this form above the court's name.

[SEAL - SUPERIOR COURT OF CALIFORNIA COUNTY OF FRESNO]

This abstract issued on (date): 8-5-96

Clerk, by _____, Deputy

Form Adopted by Rule 982
Judicial Council of California
982(a)(1) [Rev. January 1, 1991]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Code of Civil Procedure, §§ 488, 480, 674, 700.190

EXHIBIT "B" (Page 2 of 3)

# INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

PLAINTIFF: MAX DAY
DEFENDANT: H.R.B. ENTERPRISES, INC., ET AL.

CASE NUMBER: 346923-6

10. Name and last known address

    WILLIAM C. BERETTA
    15605 CHARTER OAK
    SALINAS, CA 93907

    ☐ Unknown
    Driver's license No. & state: ☑ Unknown
    Social Security No.: 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
    Summons was personally served at or mailed to (address):
    15605 CHARTER OAK
    SALINAS, CA 93907

11. Name and last known address

    ARTHUR MUNOZ
    1155 ROUSCH AVE
    SEASIDE, CA 93955

    ☐ Unknown
    Driver's license No. & state: ☑ Unknown
    Social Security No.: ☑ Unknown
    Summons was personally served at or mailed to (address):
    1155 ROUSCH AVE
    SEASIDE, CA 93955

12. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

13. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

14. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

15. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

16. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

17. Name and last known address
    ☐ Unknown
    Driver's license No. & state: ☐ Unknown
    Social Security No.:
    Summons was personally served at or mailed to (address):

18. ☐ Continued on attachment 18.

**END OF DOCUMENT**

982(a)(11) [Rev. January 1, 1991]

ABSTRACT OF JUDGMENT
(CIVIL)

Page two

EXHIBIT "B" (Page 3 of 3)

REEL 3405 PAGE 1295

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
RAY N. COX #050332
ATTORNEY AT LAW
285 W. SHAW AVENUE, SUITE 210
FRESNO, CALIFORNIA 93704
(559) 225-1515

ATTORNEY FOR [ ] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

Recording requested by and return to:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
STREET ADDRESS: 1100 VAN NESS AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: FRESNO, CALIFORNIA 93721
BRANCH NAME: CENTRAL DIVISION, LIMITED CIVIL CASES

PLAINTIFF: MAX DAY
DEFENDANT: H.R.B. ENTERPRISES, INC., ET AL.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

CASE NUMBER: 06CECG00579

FOR RECORDER'S USE ONLY
Stephen L. Vagnini
Monterey County Recorder
Recorded at the request of
Filer
DOCUMENT: 2006030277
Titles: 1/ Pages: 2
RLETICIA 4/05/2006 12:09:03
Fees.... 26.00
Taxes...
Other...
AMT PAID $26.00

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────┐
      │ H.R.B. ENTERPRISES, INC. │
      │ 15605 CHARTER OAK       │
      │ SALINAS, CA 93907       │
      └─────────────────────────┘
   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): H.R.B. ENTERPRISES, INC.
      15605 CHARTER OAK, SALINAS, CA 93907

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   MAX DAY
   P.O. BOX 303, HOMEWOOD, CA 96141
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [X] Original abstract recorded in this county:
   a. Date: 08/12/1996
   b. Instrument No.: 47302

6. Total amount of judgment as entered or last renewed: $77578.56
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 9/22/1986
   b. Renewal entered on (date): 02/10/2006
9. [ ] This judgment is an installment judgment.

[SEAL – SUPERIOR COURT OF FRESNO]

This abstract issued on (date): MAR 10 2006

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

RAY N. COX
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Code of Civil Procedure, §§ 488.480, 674, 700.190
Page 1 of 2

Legal Solutions Plus

EXHIBIT "C" (Page 1 of 2)

PLAINTIFF: MAX DAY
DEFENDANT: H.R.B. ENTERPRISES, INC., ET AL.

CASE NUMBER: 06CECG00579

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address

    WILLIAM C. BERETTA
    15605 CHARTER OAK
    SALINAS, CA 93907

    Driver's license No. & state: ☒ Unknown
    Social security No.: 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  ☐ Unknown
    Summons was personally served at or mailed to *(address)*:
    15605 CHARTER OAK
    SALINAS, CA 93907

17. Name and last known address

    Driver's license No. & state: ☐ Unknown
    Social security No.: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

18. Name and last known address

    ARTHUR MUNOZ
    1155 ROUSCH AVE
    SEASIDE, CA 93955

    Driver's license No. & state: ☒ Unknown
    Social security No.: ☒ Unknown
    Summons was personally served at or mailed to *(address)*:
    1155 ROUSCH AVE
    SEASIDE, CA 93955

19. Name and last known address

    Driver's license No. & state: ☐ Unknown
    Social security No.: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

20. Name and last known address

    Driver's license No. & state: ☐ Unknown
    Social security No.: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

21. Name and last known address

    Driver's license No. & state: ☐ Unknown
    Social security No.: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

22. ☐ Continued on Attachment 22.

* END OF DOCUMENT *

# **PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )        Case No.  C 07 2930 BZ
COUNTY OF FRESNO               )

      I, Conni Youngman, declare that:

      I am employed in the County of Fresno, California.  I am over the age of eighteen years and not a party to the within cause.  My business address is 575 East Locust, Suite 203, Fresno, California 93720.

      On August 2, 2007, I served the within **ANSWER TO COMPLAINT** on the interested party(ies) to this action as follows:

  See Service List attached hereto.

[xx]    BY MAIL - by placing a true copy thereof enclosed in a postage fully paid sealed envelope addressed to the party(ies) listed above, for deposit for collection and mailing with the United States Postal Service at Fresno, California.  I am readily familiar with this office's practice for collection and processing of correspondence for mailing and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service that same day.

[ ]    OVERNIGHT DELIVERY - by placing a true copy thereof enclosed in a sealed envelope with delivery fees paid or provided for, addressed to the party(ies) listed above and depositing same in a box or other facility regularly maintained by the overnight delivery service or delivering same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

[ ]    BY HAND DELIVERY - by delivering a true copy thereof by hand on the party(ies) listed above.

[ ]    BY FACSIMILE TRANSMISSION - by causing a true copy thereof to be electronically transmitted to the party(ies) listed above by using the telecopier number listed above.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 2, 2007, at Fresno, California

 

_____
CONNI YOUNGMAN

**SERVICE LIST**

Scott N. Schools
United States Attorney
Thomas Moore
Assistant United States Attorney
10th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Jennifer Beretta
15605 Charter Oak Blvd
Salinas, CA 93907

Tom's Septic Tank Service, Inc.
13570 Blackie Road
Castroville, CA 95012