RAY N. COX (SBN 050332)
Attorney at Law
575 East Locust Avenue, Suite 203
Fresno, California 93720
Telephone: (559) 440-9990
Fax: (559) 440-9138

Attorney for Defendant, Max Day

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. C 07 2930 BZ |
| ) | |
| Plaintiff, ) | **CONSENT TO PROCEED** |
| ) | **BEFORE A UNITED STATES** |
| vs. ) | **MAGISTRATE JUDGE** |
| ) | |
| WILLIAM C. BERETTA, JENNIFER ) | |
| BERETTA, MAX DAY, TOM'S SEPTIC ) | |
| TANK SERVICE, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 1, 2007.

_____
RAY N. COX,
Counsel for Defendant, Max Day

1