1 | Richard Daly (CSB # 041302)
123 F Street, Suite E
2 | Post Office Box 2004
Eureka, CA 95502
3 | Telephone (707) 445-5471
Fax: (707 445-2464
4
Attorney for Jennifer Beretta
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      )
                                    )   No. C072930 BZ
12 |     Plaintiff,                 )
                                    )
13 |     v.                         )   Request to appear by
                                    )   Telephone
14 | WILLIAM C. BERETTA, JENNIFER   )
     BERETTA, MAX DAY, TOM'S SEPTIC )
15 | TANK SERVICE, INC.,            )
                                    )
16 |     Defendants                 )
                                    )
17 | _____)

18     Richard Daly, counsel for defendant Jennifer Beretta, requests permission to
19 appear by telephone at the first case management conference, scheduled for
20 September 17, 2007 at 4:00 pm.
21     The request is based on the distance involved. Counsel is in Eureka, CA.
22 Transportation will consume the entire day.
23                                  Respectfully submitted,
24
                                    *RIAMAJ* /s/ Richard Daly
25 Date: September 10, 2007         _____
                                    Richard Daly, Attorney for
26                                  Defendant, Jennifer Beretta
27
28

---
Request to appear Telephonically        1