1  Richard Daly (CSB # 041302)
   123 F Street, Suite E
2  Post Office Box 2004
   Eureka, CA 95502
3  Telephone (707) 445-5471
   Fax: (707 445-2464
4
   Attorney for Jennifer Beretta
5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,        )
                                    )   No. C072930 MJJ
12        Plaintiff,                )
                                    )
13        v.                        )
                                    )   Request to appear by
14 WILLIAM C. BERETTA, JENNIFER     )   Telephone
   BERETTA, MAX DAY, TOM'S SEPTIC   )
15 TANK SERVICE, INC.,              )
                                    )
16        Defendants                )
                                    )
17 _____  )

18        Richard Daly, counsel for defendant Jennifer Beretta, requests permission to

19 appear by telephone at the first case management conference, scheduled for

20 September 18, 2007 at 2:00 pm.

21        The request is based on the distance involved. Counsel is in Eureka, CA.

22 Transportation will consume the entire day.

23                                     Respectfully submitted,

24                                     *Richard Daly* (signature)

25 Date: September 11, 2007
                                       Richard Daly, Attorney for
26                                     Defendant, Jennifer Beretta

27

28

---
Request to appear Telephonically                1