1  Richard Daly (CSB # 041302)
   123 F Street, Suite E
2  Post Office Box 2004
   Eureka, CA 95502
3  Telephone (707) 445-5471
   Fax: (707 445-2464
4
   Attorney for Jennifer Beretta
5

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C072930 MJJ |
| Plaintiff, | |
| v. | ORDER ALLOWING APPEARANCE BY TELEPHONE |
| WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC., | |
| Defendants | |

For good cause shown, Richard Daly is allowed to appear by phone at the first case management conference scheduled for September 18, 2007 at 2 pm.

_____