1  SCOTT N. SCHOOLS   (SSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Acting Chief, Tax Division

4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:   (415) 436-6935
6   Fax              (415) 436-6748

7  Attorneys for United States of America

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11
   UNITED SATES OF AMERICA,              )   Case No. C-07-2930-MJJ
12                                        )
              Plaintiff,                  )   **JOINT CASE MANAGEMENT**
13                                        )   **CONFERENCE STATEMENT**
        v.                                )
14                                        )   DATE:   SEPTEMBER 18, 2007
   WILLIAM C. BERETTA, et al.,            )   TIME:   2:00 P.M.
15                                        )   PLACE:  COURTROOM 11, 19TH FLOOR
              Defendants.                 )
16 _____)

17      Pursuant to the Court's case management scheduling order, the parties submit this joint case

18 management conference statement.

19                          **DESCRIPTION OF THE CASE**

20      1.     The United States of America alleges that William Beretta has not paid federal taxes

21 assessed against him. The United States seeks to foreclose its tax liens against real property held in the

22 name of Jennifer Beretta, William Beretta's daughter. Defendant Max Day asserts that he has recorded

23 a judgment lien in the current amount due against William Beretta and that it attaches to the subject

24 real property. The amount currently due thereunder is $88,968.56. Defendant Tom's Septic Tank

25 Service, Inc., which has not yet answered, also a lien recorded against the subject property.

26      2.     The principal factual issues in dispute are the following:

27           A)    whether William Beretta owes the United States $215,354.43, plus accruing
                  interest for his 1987-1990, 1996 and 1997 income taxes.
28

B) whether Jennifer Beretta is a nominee of William Beretta with respect tot he subject real property.

C) whether the subject real property was fraudulently conveyed to Jennifer Beretta;

3. The principal legal issues in dispute are the following:

A) whether the alleged IRS lien release discharged the subject real property from liability for the unpaid taxes.

B) whether the IRS followed its mandatory procedures for filing the complaint. <u>Viz</u>. Did the IRS procedures require the personal written approval of the Area Director.

C) whether Jennifer Beretta is a nominee of William Beretta with respect to either transfer of interests in the subject real property.

D) whether either transfer of interests in the subject real property was fraudulent.

4. Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7403 of the Internal Revenue Code of 1986.

5-6. All parties have been served. Neither Tom's Septic Tank Service, Inc., nor William Beretta has answered. They will be defaulted if no answered in filed in the immediate future.

7. The United States objected to the assignment of this matter to a United States Magistrate Judge.

**RELATED CASES**

8. There are not related cases.

**ALTERNATIVE DISPUTE RESOLUTION**

9-10. If the parties are unable to settle or resolve this matter by motion, they will seek a settlement conference with a United States Magistrate Judge.

**DISCLOSURES**

11. Documents will be disclosed prior to the case management conference.

**TRIAL SCHEDULE**

12. The parties seek a summer 2008 trial date.

///

JOINT CASE MANAGEMENT CONF.
STATEMENT (No. C-07-2930 MJJ)                 2

13. The parties expect a 2 day trial.

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

Dated: September 11, 2007                       /s/ Thomas Moore
                                                  THOMAS MOORE
                                                  Assistant United States Attorney
                                                  Acting Chief, Tax Division

Dated: September 11, 2007                       /s/ Richard Daly
                                                  RICHARD DALY
                                                  Attorney for Jennifer Beretta

Dated: September 11, 2007                       /s/ Ray N. Cox
                                                  RAY N. COX
                                                  Attorney for Max Day