1  RAY N. COX #050332
   Attorney at Law
2  575 East Locust Avenue, Suite 203
   Fresno, California 93720
3  Telephone: (559) 440-9990
   Facsimile: (559) 440-9138
4

5  Attorney for Defendant, Max Day

6

7                  **UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                     **SAN FRANCISCO DIVISION**

10

11  UNITED STATES OF AMERICA,              )    CASE NO.  C 07-2930 MJJ
                                           )
12              Plaintiff,                 )    **REQUEST FOR**
                                           )    **TELEPHONIC APPEARANCE**
13  vs.                                    )
                                           )    **INITIAL CASE**
14  WILLIAM C. BERETTA, ET AL.,            )    **MANAGEMENT CONFERENCE**
                                           )    Date:  SEPTEMBER 18, 2007
15              Defendants.                )    Time: 2:00 p.m.
                                           )    Courtroom: 11
16  _____ )

17        Defendant, Max Day, hereby requests that he be permitted to appear by telephone

18  at the Initial Case Management Conference now set on September 18, 2007, at 2:00 p.m.

19  in Courtroom 11 of the above-entitled Court.  Counsel appearing for said defendant will be

20  his attorney of record, Ray N. Cox.  If approved, Counsel will submit the request and

21  requisite fee to CourtCall, LLC for the telephonic appearance.

22        This request is based on the distance from counsel's office to the Court and the

23  required travel time.

24  **Dated**: September 11, 2007.              Respectfully submitted,

25

26                                    _____
                                      RAY N. COX,
27                                    Attorney for Defendant, Max Day

28

---

REQUEST FOR TELEPHONIC APPEARANCE            1

1  RAY N. COX #050332
   Attorney at Law
2  575 East Locust Avenue, Suite 203
   Fresno, California 93720
3  Telephone: (559) 440-9990
   Facsimile: (559) 440-9138
4

5  Attorney for Defendant, Max Day

6

7                    **UNITED STATES DISTRICT COURT**

8             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                       **SAN FRANCISCO DIVISION**

10

11 UNITED STATES OF AMERICA,            )    CASE NO.  C 07-2930 MJJ
                                        )
12              Plaintiff,              )    **COURT ORDER ALLOWING**
   vs.                                  )    **TELEPHONIC APPEARANCE**
13                                      )
                                        )    **INITIAL CASE**
14 WILLIAM C. BERETTA, ET AL.,          )    **MANAGEMENT CONFERENCE**
                                        )    Date:  SEPTEMBER 18, 2007
15              Defendants.             )    Time: 2:00 p.m.
                                        )    Courtroom: 11
16 _____ )

17       IT IS HEREBY ORDERED that Ray N. Cox, counsel for defendant, Max Day, may

18 appear telephonically through CourtCall, LLC, at the Initial Case Management Conference

19 now set on September 18, 2007, at 2:00 p.m. in Courtroom 11 of the above-entitled Court.

20 **Dated**: _____

21

22                                      _____
                                        Martin J. Jenkins, Judge
23                                      United States District Court

24

25

26

27

28

COURT ORDER ALLOWING
TELEPHONIC APPEARANCE                    1

## **PROOF OF SERVICE**

STATE OF CALIFORNIA    )

                                    )                   Case No.   C 07 2930 MJJ

COUNTY OF FRESNO    )


I, Conni Youngman, declare that:

I am employed in the County of Fresno, California. I am over the age of eighteen years and not a party to the within cause. My business address is 575 East Locust, Suite 203, Fresno, California 93720.

On September 12, 2007, I served the within   **REQUEST FOR TELEPHONIC APPEARANCE and (PROPOSED) COURT ORDER ALLOWING TELEPHONIC APPEARANCE** on the interested party(ies) to this action as follows:

  See Service List attached hereto.


[xx]     BY MAIL - by placing a true copy thereof enclosed in a postage fully paid sealed envelope addressed to the party(ies) listed above, for deposit for collection and mailing with the United States Postal Service at Fresno, California. I am readily familiar with this office's practice for collection and processing of correspondence for mailing and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service that same day.

[ ]     OVERNIGHT DELIVERY - by placing a true copy thereof enclosed in a sealed envelope with delivery fees paid or provided for, addressed to the party(ies) listed above and depositing same in a box or other facility regularly maintained by the overnight delivery service or delivering same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

[ ]     BY HAND DELIVERY - by delivering a true copy thereof by hand on the party(ies) listed above.

[ ]     BY FACSIMILE TRANSMISSION - by causing a true copy thereof to be electronically transmitted to the party(ies) listed above by using the telecopier number listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 12, 2007, at Fresno, California

 

                                                    _____

                                                    CONNI YOUNGMAN

**<u>SERVICE LIST</u>**

Scott N. Schools
United States Attorney
Thomas Moore
Assistant United States Attorney
10th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102


Richard Gordon Daly
Richard Daly, Inc.
123 "F" Street, Suite E
P.O. Box 2004
Eureka, CA 95502


Tom's Septic Tank Service, Inc.
13570 Blackie Road
Castroville, CA 95012