RAY N. COX #050332
Attorney at Law
575 East Locust Avenue, Suite 203
Fresno, California 93720
Telephone: (559) 440-9990
Facsimile: (559) 440-9138

<u>Attorney for Defendant, Max Day</u>

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>WILLIAM C. BERETTA, ET AL.,<br><br>    Defendants. | CASE NO. C 07-2930 MJJ<br><br>**NOTICE OF AGREEMENT OF ALL PARTIES TO APPEAR TELEPHONICALLY**<br>**INITIAL CASE MANAGEMENT CONFERENCE**<br>Date: SEPTEMBER 18, 2007<br>Time: 2:00 p.m.<br>Courtroom: 11 |

TO HON. MARTIN J. JENKINS, JUDGE OF THE UNITED STATES DISTRICT COURT:

    NOTICE IS HEREBY GIVEN that all parties appearing in the above-entitled action have agreed to appear telephonically at the Initial Case Management Conference in this matter on September 18, 2007, at 2:00 p.m. in Courtroom 11 of the above-entitled Court.

    Attorney Ray N. Cox, counsel for defendant Max Day, will initiate the conference call to the other parties, and then to the Court.

DATED: September 13, 2007.

                                                            _____
                                                            RAY N. COX, Attorney for Defendant Max Day