1  RAY N. COX #050332
   Attorney at Law
2  575 East Locust Avenue, Suite 203
   Fresno, California 93720
3  Telephone: (559) 440-9990
   Facsimile: (559) 440-9138
4

5  <u>Attorney for Defendant, Max Day</u>

6

7                    **UNITED STATES DISTRICT COURT**

8               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                       **SAN FRANCISCO DIVISION**

10

11 | UNITED STATES OF AMERICA,           )   CASE NO.  C 07-2930 MJJ
                                         )
12 |             Plaintiff,              )   **COURT ORDER ALLOWING**
   | vs.                                 )   **TELEPHONIC APPEARANCE**
13 |                                     )
   |                                     )   **INITIAL CASE**
14 | WILLIAM C. BERETTA, ET AL.,         )   **MANAGEMENT CONFERENCE**
   |                                     )   Date:  SEPTEMBER 18, 2007
15 |             Defendants.             )   Time:  2:00 p.m.
   |                                     )   Courtroom: 11
16 | _____)

17       IT IS HEREBY ORDERED that Ray N. Cox, counsel for defendant, Max Day, may

18 appear telephonically through CourtCall, LLC, at the Initial Case Management Conference

19 now set on September 18, 2007, at 2:00 p.m. in Courtroom 11 of the above-entitled Court.

20 **Dated**: ___9/14/07___

21

22                                         _____
                                           Martin J. Jenkins, Judge
23                                         United States District Court

24

25

26

27

28

COURT ORDER ALLOWING
TELEPHONIC APPEARANCE                       1