IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Alfred Amistoso**

DATE: **September 18, 2007**    []          Court reporter: **Kathy Wyatt**

Case Number:    **C07-02930 MJJ**

Case Name:    **USA**    v.    **WILLIAM C. BERETTA**

COUNSEL FOR PLAINTIFF(S):               COUNSEL FOR DEFENDANT(S):
 Thomas Moore                                                          Ray Cox, Richard Daly

TYPE OF HEARING:    Telephonic Case Management Conference


MOTIONS PROCEEDINGS:                                                    RULING:
1.


ORDERED AFTER HEARING:
Request for entry of default filed by September 28, 2007 by defendant William Beretta.


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()  Court ()

Referred to Magistrate Judge **Elizabeth D. Laporte**    For:    **Settlement in** July 2008.
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)


CASE CONTINUED TO:           for
                             07/28/08
Pre-Trial Conference Date : ~~07/2/2008~~    at 3:30 p.m.

Trial Date: 8/11/2008    at 8:30 a.m.        Set for 2 days
            Type of Trial:   ()Jury    (X)Court


Notes: