Richard Daly (CSB # 041302)
123 F Street, Suite E
Post Office Box 2004
Eureka, CA 95502
Telephone (707) 445-5471
Fax: (707 445-2464

Attorney for William Beretta

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM C. BERETTA, JENNIFER ) <br> BERETTA, MAX DAY, TOM'S SEPTIC ) <br> TANK SERVICE, INC., ) <br> ) <br> Defendants ) <br> ) <br> _____ ) | No. C072930 MJJ <br><br> ANSWER |

Defendant William C. Beretta, in answer to the complaint herein, hereby admits, denies and alleges as follows:

### COUNT I

### JURISDICTION AND VENUE

1.   Answering paragraphs 1 through 4 of the Complaint, this answering defendant admits the allegations made and contained therein except that the defendant denies that the Chief Counsel of the Internal Revenue Service had the authority to make the request to file this action under the circumstances of this case.

## COUNT II

### IDENTIFICATION OF DEFENDANTS

2. Answering Paragraphs 5 through 8 of the Complaint, the answering defendant admits the allegations made and contained therein.

## COUNT III

### IDENTIFICATION OF TAXES OWED

3. Answering the allegations contained in paragraphs 9 through 11 of the complaint, the defendant, William C. Beretta admits that income taxes were assessed on the dates and for the years alleged in the complaint, alleges that the total income taxes for the six years was in the amount of $36,095.58, that the unpaid balance of taxes, penalties and interest as of June 29, 2006 was in the approximate amount alleged, denies that William C. Beretta refused to pay the assessments and denies that William Beretta has any amount personally due and owing from him on the assessments.

## COUNT IV

### JENNIFER BERETTA AS A NOMINEE

4. Answering paragraphs 12 through 26 of the Complaint, defendant William C. Beretta admits the allegations contained in paragraphs 13 through 17 of the Complaint, denies the remaining allegations contained in count 4.

## COUNT V

### FORECLOSURE FEDERAL TAX LIENS

5  Defendant, William C. Beretta, admits paragraphs 28, 29 and 33 of the complaint and denies the remaining allegations of Count 5 of the Complaint.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE.

### THE FILING OF THIS COMPLAINT LACKS THE AUTHORIZATION OF THE INTERNAL REVENUE SERVICE

6. As noted in paragraph 6 of the complaint Jennifer Beretta, daughter of

William C. Beretta, resides at 15605 Charter Oak Blvd, Salinas, Ca, the property that is the subject of this action. Accordingly, it is the seizure of a personal residence. As such it requires the personal authorization of the Area Director of the Internal Revenue Service. The Area Director has not authorized the action.

### SECOND AFFIRMATIVE DEFENSE
### BANKRUPTCY DISCHARGED PERSONAL OBLIGATION

7.  William C. Beretta has no personal obligation to pay the tax.

The obligation of William C. Beretta to pay the unpaid taxes, interest and penalties assessed was discharged by the bankruptcy court upon completion of his Chapter 13 plan on November 23, 2004 in docket #02-50292 GWZ, United States Bankruptcy Court, District of Nevada.

### THIRD AFFIRMATIVE DEFENSE
### LIEN ON PROPERTY RELEASED

8.  The tax lien has been released. The IRS Tax Lien on the subject property was released by the direction of the Director, Payment Compliance, Internal Revenue Service, on June 29, 2005. A copy of the Certificate of Release of Federal Tax Lien is attached as defendant's Exhibit One.

**Wherefore,** the defendant, William C. Beretta prays for the following relief:

1.  That the United States of America record the Release of Tax Lien against defendant William C. Beretta concerning the real property described in paragraphs 16 and 17 of the Complaint;

2   That the Complaint be dismissed;

3.  That the Defendant William C. Beretta be granted his costs and attorney's fees;

4   For such other and further relief as is just and proper.

Date: September 19, 2007    _____
Richard Daly, Attorney for/
Defendant, William C. Bejetta

Answer to Complaint                3

| Area: | Serial Number | For Use by Recording Office |
|---|---|---|
| WAGE S INVESTMENT AREA #7<br>Lien Unit Phone: (800) 913-6050 | 770153944 | |

I certify that the following-named taxpayer, under the requirements of section 6325 of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on **July 27**, **20 01** is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer  **WILLIAM C BERETTA**

Residence   15605 CHARTER OAK
            SALINAS, CA 93907-1109

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 2001062641 |

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (?) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1987 | 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 | 04/11/1988 | N/A | |
| 1040 | 12/31/1987 | 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 | 10/05/1998 | 11/04/2008 | 14592.41 |
| 1Q40 | 12/31/1988 | 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 | 05/22/1989 | N/A | |
| 1040 | 12/31/1988 | 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 | 10/05/1998 | 11/04/2008 | 27260.48 |
| 1Q4Q | 12/31/1989 | 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 | 05/07/1990 | N/A | |
| 1040 | 12/31/1989 | 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 | 10/05/1998 | 11/04/2008 | 45787.52 |
| 1040 | 12/31/1990 | 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 | 04/15/1991 | N/A | |
| 1040 | 12/31/1990 | 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 | 10/&5/199S | 11/04/2008 | 40771.33 |
| 1040 | 12/31/1996 | 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 | 12/21/1998 | 01/20/2009 | 171.78 |
| 1040 | 12/31/1997 | 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 | 12/14/1998 | 01/13/2009 | 350.20 |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Place of Filing**

COUNTY RECORDER
MONTEREY COUNTY
SALINAS, CA 93902

Total   128933.72

This notice was prepared and signed at   **SAN JOSE, CA**  , on this the **29th** day of **Junue**, 2005.

Signature: *[signature: Sherwood]*

Title: Director, Payment Compliance

(NOTE: Certificate of officer authorized by law to take *acknowledgements* is not essential... seat Fecteial fax Lied
Rev. Rul. 71-466, 1971 - 2 C.B. 409

Part 2 - Taxpayer's Copy

EXHIBIT 1

Form 668 (Z) (Rev. W-i)
CAT. NO 6C

000881