1   SCOTT N. SCHOOLS   (SCSBN 9990)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
      9th Floor Federal Building
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
5     Telephone:   (415) 436-7017
      Fax:           (415) 436-6748
6
    Attorneys for United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10
11  UNITED STATES OF AMERICA,              )
                                           )   NO.  C-07-2930-MJJ
11          Plaintiff,                     )
                                           )
12                                         )
        v.                                 )
13                                         )   ENTRY OF DEFAULT ON
    WILLIAM C. BERETTA, JENNIFER           )   COMPLAINT
14  BERETTA, MAX DAY, TOM'S SEPTIC         )
    TANK SERVICE, INC.,                    )
15                                         )
            Defendants.                    )
16  _____)

17          It appearing from the records in the above-entitled action that Summons issued on the

18  complaint filed by the United States of America has been regularly served upon defendant Tom's

19  Septic Tank Service, Inc.; and it appearing from the declaration of counsel for plaintiff and the

20  records therein that defendant Tom Septic Tank Service, Inc. has failed to plead or otherwise

21  defend in said action as required by said Summons and provided by the Federal Rules of Civil

22  Procedure.

23                                         SCOTT N. SCHOOLS
                                           United States Attorney
24

25

26                                         THOMAS MOORE
                                           Assistant United States Attorney
27                                         Tax Division

28

**CERTIFICATE OF SERVICE**

1

2      I, **KATHY P. TAT** declare:

3      That I am a citizen of the United States of America and employed in San Francisco

4      County, California; that my business address is Office of United States Attorney, 450 Golden

5      Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen

6      years, and am not a party to the above-entitled action.

7      I am employed by the United States Attorney for the Northern District of California and

8      discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy

9      of the following:

10     ENTRY OF DEFAULT ON COMPLAINT; DECLARATION AND REQUEST FOR
       DEFAULT AND JUDGMENT; and [proposed] JUDGMENT AGAINST TOM'S SEPTIC

11     TANK SERVICE INC.

12     to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed

13     envelope, and served as follows:

14     _X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

15     the designated area for outgoing U.S. mail in accordance with this office's practice.

16     ____  **PERSONAL SERVICE (BY MESSENGER)**

17     ____  **FACSIMILE (FAX)** No.: _____

18     to the parties addressed as follows:

19     PLEASE SEE ATTACHED

20     I declare under penalty of perjury under the laws of the United States that the foregoing is

21     true and correct.

22     Executed on **September 28, 2007** at San Francisco, California.

23

24

25     KATHY P. TAT
       **Legal Assistant**

26

27

28

1

SERVICE LIST

2  William C. Beretta
   200 West 2nd Street.
3  Reno, NV 89501

4  Jennifer Beretta
   15605 Charter Oak Blvd
5  Salinas, CA 93907

6  Max Day
   4760 West Lake Blvd
7  Homewood, CA 96141

8  Tom's Septic Tank Service, Inc.
   13570 Blackie Road
9  Castroville, CA 95012

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28