**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. C-07-2930 MJJ |
| Plaintiff, ) | |
| v. ) | [Proposed] |
| ) | **JUDGMENT AGAINST TOM'S SEPTIC TANK SERVICE INC.** |
| WILLIAM C. BERETTA, JENNIFER ) | |
| BERETTA, MAX DAY, TOM'S SEPTIC ) | |
| TANK SERVICE, INC., ) | |
| Defendants. ) | |

   A summons on the complaint of the United States in this action was issued on June 5, 2007. After due service of process of the complaint on defendant Tom's Septic Tank Service, Inc., according to law, no appearance, reply, or other defense has been served or filed on behalf of the defendant Tom Septic Tank Service, Inc.  Default was duly entered on _____, 2007.

   By reason of this default,

   IT IS ORDERED

   That the defendant Tom's Septic Tank Service, Inc. has no interest in the subject real property t described in paragraphs 16 and 17 of the complaint.

Dated: _____                             _____
                                                UNITED STATES DISTRICT JUDGE