**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

WILLIAM C. BERETTA,

    Defendant.

No. C 07-02930 MJJ

**ORDER OF REFERENCE**

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred for the purpose of **Default and Default Judgment** to a Magistrate Judge, to be heard and considered at the convenience of his/her calendar. Counsel will be advised of the date, time and place of hearing by notice from the assigned Magistrate Judge's chambers.

Dated:   10/02/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE