**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

October 15, 2007

RE:  CV 07-02930 MJJ        USA-v- WILLIAM C. BERETTA

Default is **entered** as to defendant Tom's Septic Tank Service Inc. on October 15, 2007.

RICHARD W. WIEKING, Clerk

by: Sheila Rash  
Case Systems Administrator

NDC TR-4  Rev. 3/89