1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
9th Floor Federal Building
4 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
5 | Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. Cv. No. 07-2930 MJJ |
| v. | ) | SUPPLEMENTAL DECLARATION OF IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT |
| WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC. | ) | |
| Defendants. | ) | |

I, Thomas Moore, Assistant United States Attorney, on behalf of the plaintiff, United States of America, request the entry of default and default judgment against defendant Tom's Septic Tank Service, Inc., for the following reasons:

1. On July 26, 2007, pursuant to Rule 26(d)(1), by a certified mail addressed to Tom's Septic Tank Service, Inc.; Attn Lucy Delatorre, this office personally served defendant, Tom's Septic Tank Service, with a copy of the summons, complaint, and Notice of Lawsuit and Request for Waiver of Service of Summons.

2. Attached hereto as Exhibits 2 and 3 respectively is a copy of the Notice of Lawsuit and Request For Waiver of Service of Summons and the certified mail receipt served on Tom's Septic Tank Service, Inc. Attn: Lucy Delatorre on July 26, 2007.

3. Attached hereto as Exhibit 4a and 4b is a true and correct copy the front and back of the Domestic Return Receipt dated July 27, 2007 and received in this office on July 30, 2007, which was

attached to the certified letter sent to defendant, Tom's Septic Tank Service, Inc., on July 26, 2007 and which contained the summons, complaint, and Notice of Lawsuit and Request for Waiver of Service of Summons.

I declare under penalty of perjury that the foregoing is true.

Dated this 20th day of November, 2007.

THOMAS MOORE
Assistant United States Attorney

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) __TOM'S SEPTIC TANK SERVICE, INC.; ATTN: LUCY DELATORRE__

as (B) _____ of (C) _____

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) __NORTHERN__ District of __CALIFORNIA__

and has been assigned docket number (E) __C-07-2930-BZ__.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __26TH__ day of __JULY__, __2007__.

_/s/ Moore_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

Exhibit 2



Exhibit 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/27/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| 1. Article Addressed to:<br><br>Tom's Septic Tank Service, Inc.<br>13570 Blackie Road<br>Castroville, CA 95012<br>Attn: Lucy Delatorre | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 4626 2085 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 4a



Berretta / TM / compl.

Exhibit 4b

## CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**SUPPLEMENTAL DECLARATION OF IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 20, 2007** at San Francisco, California.

**KATHY TAT**
**Legal Assistant**

## SERVICE LIST

William C. Beretta
200 West 2nd Street.
Reno, NV 89501

Jennifer Beretta
15605 Charter Oak Blvd
Salinas, CA 93907

Max Day
4760 West Lake Blvd
Homewood, CA 96141

Tom's Septic Tank Service, Inc.
13570 Blackie Road
Castroville, CA 95012