SCOTT N. SCHOOLS   (SSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7017
 Fax           (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED SATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM C. BERETTA, et al.,<br><br>Defendants. | Case No. C-07-2930-MJJ<br><br>**SUPPLEMENTAL BRIEF IN**<br>**RESPONSE TO COURT ORDER** |

Pursuant to the Court's Order Re Supplemental Briefing And/Or Evidence, the United States submit the following.

**DESCRIPTION OF THE FACTS AND CASE**

1. On December 19, 1986, William Beretta transferred the subject property to himself and his 14-year daughter, Jennifer Beretta, in joint tenancy.  On October 24, 1991, William Beretta quit-claimed his remaining interest in the real property to his daughter who was then 19 years old.

2. The United States of America alleges that William Beretta has not paid his 1987, 1988, 1989, 1990, 1996, and 1997 federal income taxes.

3. The United States seeks to foreclose its July 27, 2001 and April 1, 2003 tax liens (see Exhibits 1 and 2 attached hereto) against real property held in the name of Jennifer Beretta.

4. The United States also seeks to aside the transfers of the property from William Beretta to Jennifer Beretta or for a determination that Jennifer Beretta is William Beretta's nominee and that as such Jennifer Beretta has no interest in the subject real property.

5.Defendant Tom's Septic Tank Service, Inc., which has not answered, recorded a lien against the subject property on July 31, 2003. See Exhibit 3 attached hereto.

### DESCRIPTION OF THE ISSUE

6.The principal factual issue raise by the Court is whether the United States is entitled to a default judgement against Tom's Septic when the United States has not established that Tom's Septic has no interest or claim against the subject property or that the United States' liens are superior to Tom's Septic's lien.

7.For the reason that the United States' liens against William C. Beretta's interest in the property were filed prior to time Tom's Septic, filed its lien against the subject real property the United States' liens are prior and superior to Tom's Septic's lien in the event the Court ultimately determines that either Jennifer Beretta is a nominee of William Beretta or that the transfer to Jennifer Beretta was fraudulent.

However, in the event that the Court finds that Jennifer Beretta is not William Beretta's nominee or that the real property was not fraudulently conveyed to her, then the United States' liens do not attach to the subject property.

### CONCLUSION

8.For the reason that the United States' liens will not attach to the subject real property in the event the Court ultimately determines that Jennifer Beretta is not a nominee of William Beretta or that the real property was not fraudulently conveyed to her, and for the additional reason that Tom's Septic's lien will attach to the real property in that event, default judgment against Tom's Septic should be delayed until such time that Court determines the ownership interests in the real property. See, **United States v. Beary, et al.** 2007 WL 2712217 (N.D.Cal. 2007).

9.At this time the Court should, however, enter default against Tom's Septic for it failure to answer the complaint.

SCOTT N. SCHOOLS
United States Attorney
/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

SUPPLEMENTAL BRIEF IN
RESPONSE TO COURT ORDER (No. C-07-2930 MJJ)2

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**SUPPLEMENTAL BRIEF IN RESPONSE TO COURT ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Tom's Septic Tank Service, Inc.
13570 Blackie Road
Castroville, CA 95012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 18, 2007** at San Francisco, California.

                /s/ Kathy Tat
                **KATHY TAT**
                **Legal Assistant**