**WHEN RECORDED MAIL TO:**

Internal Revenue Service

Attn: Lien Department Stop FR-5530

5104 N. Blythe Ave. Suite 102

Fresno, CA 93722-6429



```
Joseph F. Pitta              CRKATHLEEN
Monterey County Recorder     7/27/2001
Recorded at the request of   10:06:37
Internal Revenue Service
DOCUMENT: 2001062641   Titles: 1/ Pages: 2
                       Fees....      8.00
                       Taxes...
                       Other...
   *2001062641*        AMT PAID    $8.00
```

THIS SPACE FOR RECORDER'S USE ONLY

# TITLE OF DOCUMENT

Federal Tax Lien

Exhibit 1

| Form 668 (Y)(c) (Rev. October 2000) | 336 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:**<br>SMALL BUSINESS/SELF EMPLOYED AREA #13<br>Lien Unit Phone: (559) 271-6280 | | **Serial Number**<br>770153944 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer WILLIAM C BERETTA

Residence    15605 CHARTER OAK
             SALINAS, CA 93907-1109

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1987 | 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 | 04/11/1988 | N/A | |
| 1040 | 12/31/1987 | 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 | 10/05/1998 | 11/04/2008 | 14592.41 |
| 1040 | 12/31/1988 | 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 | 05/22/1989 | N/A | |
| 1040 | 12/31/1988 | 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 | 10/05/1998 | 11/04/2008 | 27260.48 |
| 1040 | 12/31/1989 | 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 | 05/07/1990 | N/A | |
| 1040 | 12/31/1989 | 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 | 10/05/1998 | 11/04/2008 | 45787.52 |
| 1040 | 12/31/1990 | 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 | 04/15/1991 | N/A | |
| 1040 | 12/31/1990 | 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 | 10/05/1998 | 11/04/2008 | 40771.33 |
| 1040 | 12/31/1996 | 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 | 12/21/1998 | 01/20/2009 | 171.78 |
| 1040 | 12/31/1997 | 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 | 12/14/1998 | 01/13/2009 | 350.20 |

Place of Filing
    COUNTY RECORDER
    MONTEREY COUNTY
    SALINAS, CA 93902

Total $ 128933.72

This notice was prepared and signed at    SAN JOSE, CA    , on this,

the  24th  day of  July , 2001.

Signature
    for M. SMITH /s/ Martin

Title
Revenue Officer
(831) 426-4567        77-01-2205

(NOTE: Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**END OF DOCUMENT**

Part 1 - Kept By Recording Office          Form 668(Y)(c) (Rev. 10-00)
                                           CAT. NO 60025X

RECORDED AT THE REQUEST OF:

_INTERNAL REVENUE SERVICE_

WHEN RECORDED MAIL TO:

_INTERNAL REVENUE SERVICE_

_ATTN. LIEN DEPARTMENT_

_STOP FR-5530_

_5104 N. BLYTHE AVE. #102_

_FRESNO, CA. 93722-6429_

```
Stephen L. Vagnini          RALICIA
Monterey County Recorder    4/01/2003
Recorded at the request of  13:23:55
Internal Revenue Service

DOCUMENT: 2003037392   Titles: 1/ Pages: 2
                       Fees....    8.00
  *2003037392*         Taxes...
                       Other...
                       AMT PAID   $8.00
```

(Space above this line for Recorder's use only)

_Notice_ OF FEDERAL TAX LIEN
(Document Title)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Cal. Gov. Code §27361.6)

Exhibit 2

Form 668(Y)
(Rev. 10-1999)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Small Business/Self Employed Area: 13 | Serial Number 77032601 | For Optional Use by Recording Office |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) Have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
Jennifer Beretta as nominee and transferee of William C Beretta

**Residence**
15605 Charter Oak
Salinas, CA. 93907

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1987 | 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 | 04/11/1988 | NA | |
| 1040 | 12/31/1987 | 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 | 10/05/1998 | 11/04/2008 | 13998.41 |
| 1040 | 12/31/1988 | 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 | 05/22/1989 | NA | |
| 1040 | 12/31/1988 | 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 | 10/05/1998 | 11/04/2008 | 27260.48 |
| 1040 | 12/31/1989 | 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 | 05/07/1990 | NA | |
| 1040 | 12/31/1989 | 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 | 10/05/1998 | 11/04/2008 | 45787.52 |
| 1040 | 12/31/1990 | 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 | 04/15/1991 | NA | |
| 1040 | 12/31/1990 | 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 | 10/05/1998 | 11/04/2008 | 40771.33 |
| 1040 | 12/31/1996 | 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 | 12/21/1998 | 01/20/2009 | 171.78 |
| 1040 | 12/31/1997 | 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 | 12/14/1998 | 01/13/2009 | 350.20 |

This lien specifically attaches to that real property located at 15605 Charter Oak, Salinas, CA. 93907. Assessors Parcel Number 133-321-016-000

| Place of Filing Monterey County Salinas, CA. 93902 Santa Cruz | Total | 128339.72 |
|---|---|---|

This notice was prepared and signed at Santa Cruz, on this, the 31st day of March, 2003.

Signature: Joe Smith /Joe Smith/

Title: Revenue Officer
Phone: (831) 426-4567 x400, Employee # WR-2170

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

END OF DOCUMENT

Form 668(Y) (Rev. 10-1999)

```
Stephen L. Vagnini                CRBARBARA
Monterey County Recorder          7/31/2003
Recorded at the request of        12:43:31
Filer
DOCUMENT: 2003091089              Titles: 1/ Pages: 1
                                  Fees....   13.00
                                  Taxes...
                                  Other...
                                  AMT PAID   $13.00
```

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name: Tom's Septic Tank Service Inc
Street Address: 13570 Blackie Road
City, State and Zip: Castroville, CA 95012

— SPACE ABOVE THIS LINE FOR RECORDER'S USE —

# MECHANIC'S LIEN

The undersigned, **Tom's Septic Tank Service Inc**, claimant,
(Name of person or firm claiming mechanic's lien. Contractors use name exactly as it appears on contractor's license.)

claims a mechanic's lien upon the following described real property:

City of **Salinas**, County of **Monterey**, California,
**15605 Charter Oak Blvd, APN# 133-321-016**
(General description of property where the work or materials were furnished. A street address is sufficient, but if possible, use both street address and legal description.)

The sum of $ **2903.02** together with interest thereon at the rate of **10% Per Annum**
(Amount of claim due and unpaid.)                              (See note on reverse)

percent per annum from **7-23-03**, 2003 is due claimant (after deducting all just credits and offsets) for the following work
(Date when balance became due.)

and material furnished by claimant: **Installed Septic drainfield**
(Insert general description of the work or materials furnished.)

Claimant furnished the work and materials at the request of, or under contract, with, **Jennifer Beretta**
(Name of person or firm who ordered or contracted for the work or materials.)

The owners and reputed owners of the property are: **Jennifer Beretta**

(Insert name of owner of real property. This can be obtained from the County Recorder or by checking the building permit application at the Building Department.)

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS

Firm Name: **Tom's Septic Tank Service Inc**
(See instructions on rear for proper signing.)
By **Lucy De La Torre**
(Signature of claimant or authorized agent.)

## VERIFICATION

I, the undersigned, say: I am the **Secretary** the claimant of the foregoing
("President of", "Manager of", "A partner of", "Owner of", etc.)

mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **7/31/03**, 2003 at **Salinas**, California.
(Date of signature.)                    (City where signed.)

**Lucy De La Torre**
(Personal signature of the individual who is swearing that the contents of the claim of mechanics lien are true.)

END OF DOCUMENT

FORM 106 — PUBLISHED BY BNI Building News, inc. 3055 OVERLAND AVENUE, LOS ANGELES, CALIFORNIA 90034 — (213) 870-9871 ©1982

D

Exhibit 3