UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM C. BERETTA, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-07-2930 MJJ (EMC)<br><br>**REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket No. 21)** |

Plaintiff United States of America filed suit against Defendants William C. Beretta, Jennifer Beretta, Max Day, and Tom's Septic Tank Service, Inc. ("Tom's Septic"). After Tom's Septic failed to answer or otherwise respond to the complaint, the United States asked for entry of default and default judgment against Tom's Septic. The motion was referred to the undersigned for a report and recommendation. *See* Docket No. 23. Default was entered on October 15, 2007. *See* Docket No. 24. Subsequently, this Court ordered the United States to provide supplemental briefing and/or evidence in support of its motion for default judgment. More specifically, the Court ordered that the United States provide supplemental material or evidence supporting a conclusion that Tom's Septic in fact has no interest in the property or an interest that is subordinate to the tax liens of the United States.

In its supplemental brief, the United States states that its liens were filed prior in time to Tom's Septic's lien and provides supporting evidence. However, the United States admits that, if the presiding judge ultimately determines that Ms. Beretta is not a nominee of Mr. Beretta or that the property was not fraudulently conveyed to her, then the United States' liens would not attach to the

property. Accordingly, the United States asks that default judgment against Tom's Septic be delayed until the presiding judge determines the ownership interests in the property at issue.

For the foregoing reasons, the Court hereby recommends that the United States' motion for default judgment against Tom's Septic be **DENIED** but without prejudice. As to the request by the United States that default be entered against Tom's Septic for its failure to answer the complaint, the Clerk of the Court has already done so. *See* Docket No. 24.

Any party may file objections to this report and recommendation with the district judge within ten days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.

Dated: January 11, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2