**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C07-02930 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| WILLIAM C. BERETTA, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion For Default Judgment. (Docket No. 21.) On January 11, 2008, Magistrate Judge Chen issued a Report and Recommendation ("R&R") (Docket No. 28.) No objections to the R&R were filed. The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's Motion **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: January 30, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE