```
 1  JOSEPH P. RUSSONIELLO   (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3   10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 4   San Francisco, California 94102
     Telephone:  (415) 436-7017
 5
    Attorneys for United States of America
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-2930-SI |
| Plaintiff, | JOINT STATUS CONFERENCE STATEMENT |
| v. | TIME: 2:00 P.M. |
| WILLIAM C. BERETTA, et al., | DATE: MARCH 5, 2008 |
| Defendants. | PLACE: COURTROOM 10, 19th FLOOR |

Pursuant to the Court's Notice, the parties submit this joint status conference statement.

Since the case management conference statement was filed and conference held in September, 2007, the United States has served discovery on the Beretta defendants. Upon return of the documents requested, the United States will then schedule the depositions of the Beretta defendants. After those depositions are taken the United States anticipates that it will file a motion for summary judgment.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Ray Cox                                      /s/ Thomas Moore
RAY COX                                          THOMAS MOORE
Attorney for Defendant MAX DAY                   Assistant United States Attorney
                                                 Tax Division
                                                 Attorneys for Plaintiff


/s/ Richard Daly
RICHARD DALY
Attorney for Defendants WILLIAM BERETTA and JENNIFER BERETTA