## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.   C-07-2930SI            Judge:   SUSAN ILLSTON

Title: UNITED STATES -v- BERETTA

Attorneys: T. Moore            R. Daly (phone), R. Cox (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                   PART

Case continued to **6/6/06    @ 9:00 a.m.**   for Motions
(Motion due **5/2/08**, Opposition **5/16/08** Reply **5/23/08**)

Case continued to **7/22/08    @ 3:30 p.m.**   for Pretrial Conference

Case continued to **8/11/08    @ 8:30 a.m.**   for Trial (court:  Days)

ORDERED AFTER HEARING:
The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.
The parties shall participate in a settlement conference before Judge Laporte in early July 2008.

Cc: Lili

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.   C-07-2930SI            Judge:   SUSAN ILLSTON

Title: UNITED STATES -v- BERETTA

Attorneys: T. Moore           R. Daly (phone), R. Cox (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **6/6/06   @ 9:00 a.m.**   for Motions
(Motion due **5/2/08**, Opposition **5/16/08** Reply **5/23/08**)

Case continued to **7/22/08   @ 3:30 p.m.**   for Pretrial Conference

Case continued to **8/11/08   @ 8:30 a.m.**   for Trial (court:  Days)

ORDERED AFTER HEARING:
The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.
The parties shall participate in a settlement conference before Judge Laporte in early July 2008.

Cc: Lili