IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-02930 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WILLIAM C. BERETTA, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by May 2, 2008;

Opp. Due May 16, 2008;  Reply Due May 23, 2008;

and set for hearing no later than June 6, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 22, 2008 at 3:30 PM.

COURT TRIAL DATE: August 11, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be two days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.
The parties shall participate in a settlement conference before Judge Laporte in early July 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California