JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. C-07-2930-SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO ENLARGE DISCOVERY |
| | ) | AND [proposed] ORDER |
| WILLIAM C. BRETTA, et al. , | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reason that the parties need additional time, due to the unavailability of counsel for the Berettas, to complete settlement discussions and because the parties wish to avoid additional attorney's fees related to depositions and other discovery;

It is hereby stipulated by and between plaintiff, United States of America, and defendants, William C. Beretta, Jennifer Beretta, and Max Day, through their respective counsel, that the time for discovery be enlarged to June 6, 2008, the same date as expert discovery is cutoff.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Richard Daly                                  /s/ Thomas Moore
RICHARD DALY                                 THOMAS MOORE
Attorney for Defendants,                     Assistant United States Attorney
William C. Beretta and Jennifer Beretta     Attorneys for Plaintiff

/s/ Ray Cox
RAY COX
Attorney for Defendant-Max Day

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE