```
1   JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone:  (415) 436-7017
5
    Attorneys for United States of America
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. C-07-2930-SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO ENLARGE DISCOVERY, |
| | ) | CONTINUE MOTION AND TRIAL DATES |
| WILLIAM C. BERETTA, et al. , | ) | AND [proposed] ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reason that defendants William C. Beretta and Jennifer Beretta need additional time to conduct discovery to pursue a new legal issue which they learned of in the discovery recently provided to them by the plaintiff, the parties request that discovery be enlarged to August 29, 2008 and that the motion and trial dates be continued to the late fall to allow additional time to complete discovery and to have adequate time to fully research and prepare a motion for summary judgment on the issue and to prepare for trial in the event the anticipated motion for summary judgment is denied;

It is hereby stipulated by and between plaintiff, United States of America, and defendants, William C. Beretta, Jennifer Beretta, and Max Day, through their respective counsel, that the time for

///

///

///

///

discovery be enlarged to August 29, 2008, and that the motion and trial dates be continued to the fall of 2008.

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/ Ricahrd Daly<br>RICHARD DALY<br>Attorney for Defendants,<br>William C. Beretta and Jennifer Beretta | /s/ Thomas Moore<br>THOMAS MOORE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

/s/ Ray Cox
RAY COX
Attorney for Defendant-Max Day

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

1) Discovery, fact and expert, shall be completed by August 29, 2008;

2) Motions shall be heard on _____, with the motion due on _____, opposition due on _____, and reply due on _____;

3) The pretrial conference shall be continued to _____:

4) The trial shall be continued to _____.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE