```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. C-07-2930-SI |
| )                                 | |
| Plaintiff,           )            | |
| )                                 | |
| v.                  )             | STIPULATION TO ENLARGE DISCOVERY, |
| )                                 | CONTINUE MOTION AND TRIAL DATES |
| WILLIAM C. BERETTA, et al. ,   )  | AND [proposed] ORDER |
| )                                 | |
| Defendants.          )            | |
| )                                 | |

   For the reason that defendants William C. Beretta and Jennifer Beretta need additional time to conduct discovery to pursue a new legal issue which they learned of in the discovery recently provided to them by the plaintiff, the parties request that discovery be enlarged to August 29, 2008 and that the motion and trial dates be continued to the late fall to allow additional time to complete discovery and to have adequate time to fully research and prepare a motion for summary judgment on the issue and to prepare for trial in the event the anticipated motion for summary judgment is denied;

   It is hereby stipulated by and between plaintiff, United States of America, and defendants, William C. Beretta, Jennifer Beretta, and Max Day, through their respective counsel, that the time for

///

///

///

///

1  discovery be enlarged to August 29, 2008, and that the motion and trial dates be continued to the fall of
2  2008.

3                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
4
   /s/ Ricahrd Daly                             /s/ Thomas Moore
5  RICHARD DALY                                 THOMAS MOORE
   Attorney for Defendants,                     Assistant United States Attorney
6  William C. Beretta and Jennifer Beretta      Attorneys for Plaintiff

7  /s/ Ray Cox
   RAY COX
8  Attorney for Defendant-Max Day

9

10     **PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

11     1)   Discovery, fact and expert, shall be completed by August 29, 2008;

12     2)   Motions shall be heard on __10/31/08__, with the motion due on __9/26/08__,
   opposition due on __10/8/08__, and reply due on __10/17/08__;

13     3)   The pretrial conference shall be continued to __12/2/08 @ 3:30 p.m.__:

14     4)   The trial shall be continued to __12/15/08__.

15

16  Dated:_____                          _____
                                                UNITED STATES DISTRICT JUDGE
17  _____

18

19

20

21

22

23

24

25

26

27

28