**United States District Court**
For the Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8   UNITED STATES OF AMERICA,

        Plaintiff,                         No. C07-02930 SI (EDL)

    v.                                 CLERK'S NOTICE

WILLIAM C. BERETTA,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference currently scheduled for 9:00 a.m. on July 2, 2008 has been **reset to 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. All other provisions of this Court's Notice of Settlement Conference and Order, document 29, shall remain in effect.

Dated: May 29, 2008

                                                         FOR THE COURT,
                                                         Richard W. Wieking, Clerk

                       by: _____
                                              Lili M. Harrell
                                              Courtroom Deputy