Richard Daly (CSB # 041302)
123 F Street, Suite E
Post Office Box 2004
Eureka, CA 95502
Telephone (707) 445-5471
Fax: (707) 445-2464

Attorney for William Beretta
and Jennifer Beretta

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC.,

    Defendants

No. C07-2930 SI (EDL)

STIPULATION AND REQUEST RE: DATE OF SETTLEMENT CONFERENCE

At the request of counsel for William Beretta and Jennifer Beretta and with the acquiescence of counsel for the United States, the parties request that the settlement conference on the docket of Judge La Porte set for July 2, 2008 be rescheduled for August 8, 2008, at 9:30 am.

The parties further agree that counsel for Max Day may be excused from the conference. This case is primarily a dispute between the United States and William and Jennifer Beretta. Max Day is a party only because of its recorded lien on the

Stipulation and Request        1

Jun 30 08 08:47a    Richard Daly                              707-445-2464              p.3

1  subject property. Neither of us believes that counsel for Max Day can make a
2  meaningful addition to the conference.
3      Executed June 30, 2008.

   _____
   Thomas Moore, U.S. Attorney
   Counsel for United States

   _____
   Richard Daly, Counsel for William Beretta
   And Jennifer Beretta

Stipulation and Request                 2