Richard Daly (CSB #041302)
123 F Street, Suite E
Post Office Box 1004
Eureka, California 95502
Telephone (707) 445-5471
Fax: (707) 445-2464

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CV 07-02930 SI |
| Plaintiff, | SETTLEMENT CONFERENCE STATEMENT |
| v. | |
| WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, et al. | Date: August 8, 2008<br>Time: 9:30 A.M.<br>Dept.: Judge LaPorte |
| Defendants | |

This is a judicial foreclosure under section 7403 of the Internal Revenue Code of property alleged to be owned by the taxpayer William Beretta who conveyed the property to his daughter Jennifer

The conveyance is admitted. The defenses are that the conveyance in 1991 is bona fide, not fraud of creditors, at a time when taxpayer had more than enough assets to pay foreseeable bills. The taxpayer was discharged in bankruptcy and now lives on social security and his government pension. He is the primary support of his daughter, a single parent, and her son who is a minor.

The IRS released its lien after bankruptcy and has not issued a relocation of that lien. The plaintiff asserts that the release was a mistake.

The daughter has a sever medical mental problem that prevents her from working more

Settlement Conference Statement                                                                                           1

1 | than part time.  The problem has persisted over the past 15 years.

2 |     Another defense - If the home is the property is William Beretta, then the government
3 | action has not been properly authorized because it must be approved by the personal
4 | signature of the Area Director.

5 |     The total obligation with additions for interest and penalty is in the complaint.  The total
6 | tax obligation alone is in the answer.

8 |     Respectfully submitted, Richard Daly

Settlement Conference Statement      2