RAY N. COX (SBN 050332)
Attorney at Law
575 East Locust Avenue, Suite 203
Fresno, California 93720
Telephone: (559) 440-9990
Fax: (559) 440-9138

Attorney for Defendant, Max Day

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C 07 2930 SI |
| Plaintiff, | **SETTLEMENT CONFERENCE STATEMENT BY DEFENDANT, MAX DAY** |
| vs. | |
| WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC. | DATE: AUGUST 8, 2008<br>TIME: 9:30 A.M.<br>DEPT: JUDGE LaPORTE |
| Defendants. | |

This is an action for judicial foreclosure by the United States against property previously owned by defendant WILLIAM C. BERETTA and conveyed by him to defendant JENNIFER BERETTA.

Defendant MAX DAY's interest in the subject property is based upon an Abstract of Judgment evidencing the judgment in his favor against defendant WILLIAM C. BERETTA. Counsel for both plaintiff and defendants WILLIAM C. BERETTA and JENNIFER BERETTA have previously acknowledged to the undersigned the existence and validity of MAX DAY's claim. Based thereon, by Stipulation previously filed, counsel have agreed that MAX DAY's participation in the Settlement Conference is not necessary as it will not assist in the resolution of the issues between plaintiff and defendants BERETTA. In fact, the undersigned has been advised that it is the intention of plaintiff and defendants BERETTA to stipulate regarding the validity of defendant DAY's claim so further appearance by defendant DAY will not be required.

1  DATED: August 5, 2008.
2                                          Respectfully submitted,
3
4                                          _____
                                           RAY N. COX,
5                                          Counsel for Defendant, Max Day
6
7  ///
8  ///
9  ///
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Settlement Conference Statement by Defendant, Max Day     2

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )   Case No.  C 07 2930 SI
COUNTY OF FRESNO      )

I, Conni Youngman, declare that:

I am employed in the County of Fresno, California. I am over the age of eighteen years and not a party to the within cause. My business address is 575 East Locust, Suite 203, Fresno, California 93720.

On August 5, 2008, I served the within **SETTLEMENT CONFERENCE STATEMENT BY DEFENDANT MAX DAY** on the interested party(ies) to this action as follows:

See Service List attached hereto.

[xx]  BY MAIL - by placing a true copy thereof enclosed in a postage fully paid sealed envelope addressed to the party(ies) listed above, for deposit for collection and mailing with the United States Postal Service at Fresno, California. I am readily familiar with this office's practice for collection and processing of correspondence for mailing and, in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service that same day.

[ ]  OVERNIGHT DELIVERY - by placing a true copy thereof enclosed in a sealed envelope with delivery fees paid or provided for, addressed to the party(ies) listed above and depositing same in a box or other facility regularly maintained by the overnight delivery service or delivering same to an authorized courier or driver authorized by the overnight delivery service to receive documents.

[ ]  BY HAND DELIVERY - by delivering a true copy thereof by hand on the party(ies) listed above.

[ ]  BY FACSIMILE TRANSMISSION - by causing a true copy thereof to be electronically transmitted to the party(ies) listed above by using the telecopier number listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2008, at Fresno, California

_____
CONNI YOUNGMAN

**SERVICE LIST**

Scott N. Schools
United States Attorney
Thomas Moore
Assistant United States Attorney
10th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102


Richard Gordon Daly
Richard Daly, Inc.
123 "F" Street, Suite E
P.O. Box 2004
Eureka, CA 95502

Settlement Conference Statement by Defendant, Max Day    4