United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM C. BERETTA,<br><br>    Defendant.<br>_____/ | No. C- 07-02930 SI (EDL)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the parties' representations to the Court that they are working out a settlement and require a professional appraisal for the fair market value of the property, the Settlement Conference set for August 8, 2008 is VACATED. The parties shall provide a joint letter updating the Court as to the status of the settlement and the appraisal no later than August 26, 2008.

Dated: August 5, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge