```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. C-07-2930-SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| WILLIAM C. BERETTA, et al., | ) | **STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES AND [proposed] ORDER** |
| Defendants. | ) | |

    For the reason that plaintiff United States and defendants William C. Beretta and Jennifer Beretta need additional time to complete their good faith efforts to resolve this matter, the parties seek a continuance of the pretrial and trial dates.  This additional time is necessary as settlement is unusually difficult due to the amount of the United States' claim and the nature of the asset from which collection from the Berettas is sought.  Immediate settlement of the matter is further complicated as the Department of Justice officials in Washington, D.C., who must approve the settlement of the United States' interests, are in a period of transition between administrations.  Accordingly, the parties believe it is in their best interests to continue this matter so that their good faith settlement efforts may be completed in a manner and at a time most advantageous for settlement.

    Accordingly, it is hereby stipulated by and between plaintiff, United States of America, and defendants, William C. Beretta, Jennifer Beretta, and Max Day, through their respective counsel, that

///

pretrial and trial dates be continued to a time after February, 23, 2009, except for the week of March 2, 2009.

The parties further stipulate that in the event they are unable to reach settlement by February 5, 2009, they will contact Magistrate Judge Laporte at that time and obtain a settlement conference with her, at her earliest available date.

/s/ Richard Daly
RICHARD DALY
Attorney for Defendants,
William C. Beretta and Jennifer Beretta

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for Plaintiff

/s/ Ray Cox
RAY COX
Attorney for Defendant-Max Day

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

1) The pretrial conference shall be continued to  3/10/09 @ 3:30 p.m. :

2) The trial shall be continued to  3/23/09 @ 8:30 a.m. .

Dated:_____

_____
UNITED STATES DISTRICT JUDGE
Susan Illston