RAY N. COX (SBN 050332)
Attorney at Law
2600 West Shaw Lane
Fresno, California 93711
Telephone: (559) 256-7528
Fax: (559) 256-7538

Attorney for Defendant, Max Day

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. C 07 2930 SI |
| ) | |
| Plaintiff, ) | **REQUEST TO EXCUSE PERSONAL APPEARANCE OF DEFENDANT MAX DAY AT SETTLEMENT CONFERENCE AND ORDER THEREON** |
| vs. ) | SETTLEMENT CONFERENCE |
| WILLIAM C. BERETTA, JENNIFER ) BERETTA, MAX DAY, TOM'S SEPTIC ) TANK SERVICE, INC. ) | DATE: FEBRUARY 5, 2009 TIME: 10:00 A.M. DEPT: JUDGE LAPORTE COURTROOM: E |
| Defendants. ) | |

TO MAGISTRATE JUDGE ELIZABETH D. LaPORTE:

It is hereby requested on behalf of defendant MAX DAY that his personal appearance at the Settlement Conference on February 5, 2009, at 10:00 a.m. be excused. This request is made because said defendant resides in Homewood, California, which is in Placer County, near Lake Tahoe just inside the California-Nevada border. Said defendant's residence is over 200 miles from the above-entitled Court. Defendant's home is located in a mountainous area with considerable winter weather difficulties. In addition, defendant is 82 years of age and has ongoing health issues which make traveling long distances extremely difficult. Defendant has had recent cataract surgery restricting his ability to drive. If he has to appear personally, he will have to make arrangements for someone else to drive him to the court.

This defendant's personal appearance will not be helpful to the Court since this case is

---

Request to Excuse Personal Appearance of Defendant
Max Day at Settlement Conference and Order Thereon          1

primarily a dispute between plaintiff and defendants William and Jennifer Beretta and defendant Max Day is a party only because of his recorded lien on the subject real property. If this request is granted, defendant will be available for contact by telephone during the Settlement Conference.

DATED: January 27, 2009.

                                              Respectfully submitted,

                                              _____
                                              RAY N. COX,
                                              Counsel for Defendant, Max Day

///

///

///

## ORDER

       The Court having reviewed and considered the request of defendant Max Day to excuse his personal appearance at the Settlement Conference in this matter and good cause appearing therefor,

       IT IS HEREBY ORDERED that the personal appearance of defendant Max Day at the Settlement Conference on February 5, 2009, at 10:00 is excused. Said defendant shall be available for telephone contact with his attorney during the time of the Settlement Conference.

DATED: 1/28/2009



_____
ELIZABETH D. LAPORTE
United States

Request to Excuse Personal Appearance of Defendant
Max Day at Settlement Conference and Order Thereon     2