1  Richard Daly (CSB #041302)
   RICHARD DALY, INC.
2  123 F Street, Suite E
   Post Office Box 1004
3  Eureka, California 95502
   Telephone (707) 445-5471
4
   Attorney for Jennifer Beretta
5  and William Beretta

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,                Case No: C-07-2930-SI

13         Plaintiff,                       ORDER ALLOWING
                                            TELEPHONIC APPEARANCE
   v.
14                                          DATE: JUNE 19, 2009
15 WILLIAM C. BERETTA, et al.,              TIME:  3:00 P.M.
                                            PLACE: COURTROOM 10, 19TH FL
16         Defendants.
                                        /

17     IT IS HEREBY ORDERED that Richard Daly, counsel for defendant Jennifer

18 Beretta, may appear telephonically through Court Call LLC at the Case Management

19 Conference now set for June 19, 2009 at 3:00 pm in Courtroom 10 of the above

20 entitled Court.

21

22 Date: June 11, 2009                     *Susan Illston* (signature)

23

24

25

26

27

28

Request to appear Telephonically
C-07-2930 SI                                    1