RAY N. COX (SBN 050332)
Attorney at Law
2600 West Shaw Lane
Fresno, California 93711
Telephone: (559) 256-7528
Fax: (559) 256-7538

Attorney for Defendant, Max Day

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C 07 2930 SI |
| Plaintiff, | **ORDER REGARDING APPEARANCE OF COUNSEL FOR DEFENDANT MAX DAY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| WILLIAM C. BERETTA, JENNIFER BERETTA, MAX DAY, TOM'S SEPTIC TANK SERVICE, INC. | DATE: JUNE 19, 2009<br>TIME: 3:00 P.M.<br>DEPT: JUDGE ILLSTON<br>COURTROOM: 10, 19TH FLOOR |
| Defendants. | |

The Court hereby enters the following order regarding the appearance of Ray N. Cox, Attorney for Defendant Max Day:

☒ IT IS HEREBY ORDERED that the appearance of Ray N. Cox, Attorney for Defendant Max Day, is excused for the Case Management Conference now set for June 19, 2009, at 3:00 p.m. in Courtroom 10 of the above-entitled Court.

OR

☐ IT IS HEREBY ORDERED that Ray N. Cox, Attorney for Defendant Max Day, may appear telephonically through CourtCall LLC at the Case Management Conference now set for June 19, 2009, at 3:00 p.m. in Courtroom 10 of the above-entitled Court.

DATED: June _____, 2009.

_____
SUSAN ILLSTON
United States District Judge

---

Order Regarding Appearance of Counsel for Defendant
Max Day at Case Management Conference       1