```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM C. BERETTA, et al.,<br><br>        Defendants. | Case No. C-07-2930-SI<br><br>STIPULATION TO DISMISS<br>AND [proposed] ORDER |

It is hereby stipulated by and between plaintiff, United States of America, and defendants, William C. Beretta, Jennifer Beretta, and Max Day, through their respective counsel, that this matter be dismissed, with prejudice to William C. Beretta, Jennifer Beretta and the United States of America and without prejudice to Max Day, with each party to bear their own costs and attorneys' fees.

```
                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

/s/ Richard Daly                           /s/ Thomas Moore
RICHARD DALY                               THOMAS MOORE
Attorney for Defendants-                   Assistant United States Attorney
William C. Beretta and Jennifer Beretta    Attorneys for Plaintiff



/s/ Ray Cox
RAY COX
Attorney for Defendant-Max Day
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                    _____
                                      UNITED STATES DISTRICT JUDGE